UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CARL D. GOODMAN                                                                                 PLAINTIFF

V.                                          No. 3:22-CV-20-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                 DEFENDANT

# ORDER

On June 28, 2023, Plaintiff Carl D. Goodman's attorney, Spencer Frederick, filed a Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Brief in Support. *Doc. 19; Doc. 20.* Mr. Frederick requests a total award of **$2,849.68** (which sum includes 11.25 attorney hours at an hourly rate of $221; 4.20 paralegal hours at a rate of $75; and expenses of $48.43). The Motion is unopposed. *Doc. 21.*

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees (*Doc. 19*) is GRANTED.

Plaintiff is awarded **$2,849.68** in fees and expenses under the EAJA.[1]

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

SO ORDERED this 24th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE